CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal Number 05-386 (ESH) |
| ) | |
| ) | |
| #12: FRANCISCO JAVIER ) | |
|      GONZALEZ-RUAN ) | Category   B |
| #14:  JOSE GARCIA ) | |
| #15:  CARLOS REYNA **)** | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on March 10, 2008 from Judge Ellen Segal Huvelle to The Calendar Committee  by direction of the Calendar Committee.

(Defendants have been fugitives for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Huvelle & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       U.S. Attorney—Judiciary Square Building, Room 5133
       Statistical Clerk